THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL GRIER, Appellant. [891 NYS2d 301]

Concur—Andrias, J.P., Friedman, Acosta, DeGrasse and Román, JJ.